## Return

| Case No:<br><br>26-920M(NJ) | Date and time warrant executed:<br><br>4/22/2026 - 0600 | Copy of warrant and inventory left with:<br><br>At Premesis |
|---|---|---|

Inventory made in the presence of:

DEA TFO Dorian Andress

Inventory of the property taken and/or name of any person(s) seized:

US Currency
Marijuana
Kimber Yonkers .45 Handgun (K255998)
Digital Scale
Miscellaneous Documents
3 cellular phones
DVR
2 Stainless Targets

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the undersigned judge.

Date: _____

JEREMY S DORN  Digitally signed by JEREMY S DORN
Date: 2026.05.14 12:12:49 -05'00'

*Executing officer's signature*

Jeremy Dorn Special Agent

*Printed name and title*

Subscribed, sworn to, and returned before me this date:

Date: _____

*United States Magistrate Judge*